SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
DAMIEN B. TROUTMAN, ESQ. (SBN: 286616)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiffs
ANA BORJA-VALDES, LILLIE ELLISON,
and MERCEDES HERNANDEZ-MONROY

DENNIS J. HERRERA, ESQ. (SBN: 139669)
ELIZABETH SALVESON, ESQ. (SBN: 83788)
BORIS REZNIKOV, ESQ. (SBN: 261776)
Fox Plaza 1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone (415) 554- 4296
Facsimile (415) 554-4248

Attorneys for Defendant
CITY & COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA BORJA-VALDES, an individual, LILLIE ELLISON, an individual, MERCEDES HERNANDEZ-MONROY, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a government entity, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | **Case No.:** 3:14-cv-04168-CRB<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Civil L.R. 6-1, 6-2, 7-7<br><br>**Court**: Golden Gate, Courtroom 6, Floor 17<br>**Judge**: Hon. Charles R. Breyer<br><br>**SAC Filed**: February 23, 2015<br>**FAC Filed**: November 11, 2014<br>**Complaint Filed**: September 16, 2014<br>**Trial Date**: N/A |

The Court has reviewed the *Stipulation to Continue Hearing on Defendant's Motion to Dismiss Second Amended Complaint* filed by Defendant City & County of San Francisco and Plaintiffs Ana Borja-Valdes, Lillie Ellison, and Mercedes Hernandez-Monroy.

This stipulation is hereby GRANTED, and the Hearing on Defendant's Motion to Dismiss Second Amended Complaint is CONTINUED until Friday, May 22, 2015 at 10:00 AM.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  APRIL 20, 2015



_____
U.S. District Judge Charles R. Breyer