**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA BORJA-VALDES, LILLIE ELLISON, AND MERCEDES HERNANDEZ-MONROY,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | No. 3:14-cv-04168-CRB<br><br>**Judgment** |

Having granted Defendants' Motion to Dismiss the Third Amended Complaint with Prejudice, see Order Granting Motion to Dismiss (dkt. 54), the Court hereby enters judgment for Defendant against Lillie Ellison and Mercedes Hernandez-Monroy.

**IT IS SO ORDERED.**

Dated: September 18, 2015

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE